UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Alexander,<br>Patrizia Davis,<br><br>      Plaintiffs,<br>vs.<br><br>Olson Property Investments, LLC,<br><br>      Defendant. | Case No.: 0:21-cv-00902 (PJS/HB)<br><br>DEFENADNT'S<br>MOTION TO DISMISS |

TO: PLAINTIFFS, BY AND THROUGH THEIR ATTORNEYS, LAURA JELINEK AT SOUTHERN MINNESOTA REGIONAL LEGAL SERVICES, 55 E. 5TH STREET, #400, ST. PAUL, MN 55101

## MOTION

Olson Property Investments, LLC hereby moves the court to dismiss this action pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

Dated: November 15, 2021

**HANBERY & TURNER P.A.**
/s/ Christopher T. Kalla
Douglass E. Turner, #0279948
Christopher T. Kalla, #0325818
33 South 6th Street
Suite 4160
Minneapolis, MN 55402
Tele: 612-340-9855
EM: Turner@hnclaw.com
EM: Kalla@hnclaw.com
Attorneys for: Olson Property Investments, LLC