UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Alexander, Patrizia Davis,<br><br>Plaintiffs,<br><br>v.<br><br>Olson Property Investments, LLC,<br><br>Defendant. | Civ. No. 21-0902 (JWB/DJF)<br><br><br>ORDER DISMISSING CASE<br>WITH PREJUDICE |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. No. 56.)

Based on that Stipulation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: October 26, 2023                    *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Judge