# UNITED STATES DISTRICT COURT
## District of Minnesota

Michael Alexander, Patrizia Davis

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 21-cv-00902-JWB-DJF

Olson Property Investments, LLC

Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

Date: 10/27/2023

KATE M. FOGARTY, CLERK